UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEA THAI
    Plaintiff(s),

v.

Civil Action No. 25-12368-JEK

ANTONE MONIZ, PATRICIA HYDE, HSI NEW ENGLAND MICHAEL KROL, KRISTI NOEM and TODD LYONS,
    Defendant(s).

## JUDGMENT

**KOBICK, D.J.**

☐ Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ Decision by the Court: In accordance with the Court's Electronic Order dated September 29, 2025, [ECF 22], denying the Petition for Writ of Habeas Corpus

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Respondents Patricia Hyde, Michael Krol, Kristi Noem and Todd Lyons

Dated: October 15, 2025

/s/ Haley Currie

Deputy Clerk